UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mary McMenamy, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>- against -<br><br>Nestlé USA, Inc.,<br><br>                    Defendant | 5:22-cv-01053-TJM-ATB |

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    February 8, 2023

                                                    Respectfully submitted,

                                                    /s/Spencer Sheehan
                                                    Sheehan & Associates, P.C.
                                                    60 Cuttermill Rd Ste 412
                                                    Great Neck NY 11021
                                                    (516) 268-7080
                                                    spencer@spencersheehan.com